IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WENDE LAPIERRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NUMBER 3:14-cv-43-TCB |
| FAMILY DOLLAR STORES OF GEORGIA, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff Wende LaPierre's motion for voluntary dismissal [16]. Because this case has been transferred to the U.S. District Court for the Western District of North Carolina by the Judicial Panel on Multidistrict Litigation, this Court lacks jurisdiction to rule on her motion. *See* MANUAL FOR COMPLEX LITIGATION § 20.131 (4th ed. 2004). The motion is thus DENIED.

IT IS SO ORDERED this 11th day of August, 2014.

Timothy C. Batten, Sr.
United States District Judge